| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | APR 30 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| KENIA MARGARITA ROSA MIER, | No. 25-2768 |
| Plaintiff - Appellant, | D.C. No.<br>3:24-cv-07948-MMC |
| and | Northern District of California,<br>San Francisco |
| INGRID YADIRA AMARANTO GONZALEZ, | ORDER |
| Plaintiff, | |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Director, | |
| Defendant - Appellee. | |

A district court's dismissal order is not appealable under 28 U.S.C. § 1291 "unless it disposes of all claims as to all parties or unless judgment is entered in compliance with Federal Rule of Civil Procedure 54(b)." *Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC*, 548 F.3d 738, 747 (9th Cir. 2008) (citing *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981)); *see also* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b). This court may therefore lack jurisdiction over this appeal.

No later than 5:00 p.m. Pacific Time on May 2, 2025, appellants must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it

should not be dismissed. If appellants file a statement, appellee may file a response by 5:00 p.m. Pacific Time on May 5, 2025.

Briefing is stayed. The court will resolve the motion to expedite after addressing the jurisdictional issue.

                                                         FOR THE COURT:

                                                         MOLLY C. DWYER  
                                                         CLERK OF COURT