UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U VISA APPLICANTS AND QUALIFYING RELATIVES APPELLANTS,<br><br>Plaintiffs - Appellants,<br><br>and<br><br>INGRID YADIRA AMARANTO GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Director,<br><br>Defendant - Appellee. | No. 25-2768<br><br>D.C. No. 3:24-cv-07948-MMC<br>Northern District of California, San Francisco<br><br>ORDER |

Before: W. FLETCHER, CALLAHAN, and KOH, Circuit Judges.

The court has received the responses to the April 30, 2025 order. We conclude that we lack jurisdiction over this appeal, because the district court's dismissal order did not dispose of all claims as to all parties. *See* 28 U.S.C. § 1291; *Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC*, 548 F.3d 738, 747 (9th Cir. 2008). Appellants' reliance on *Coughlin v. Rogers*, 130 F.3d 1348 (9th Cir. 1997), is misplaced. In *Coughlin*, this court reviewed a dismissal for improper

joinder after final judgment. *See id.*; 1996 WL 33419489 at *2.

We therefore dismiss this appeal and deny the motion to expedite (Docket Entry No. 5) as moot.

**DISMISSED.**